# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **BOCKY KITCHIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Magistrate Judge Johnson** |
| **v.** | ) | |
| | ) | |
| **SELENE FINANCE, LP., and** | ) | |
| **EQUIFAX INFORMATION** | ) | |
| **SERVICES, LLC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## STIPULATION TO DISMISS PURSUANT TO SETTLEMENT

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**Date:** March 13, 2015

**For Plaintiff, Bocky Kitchin**

  /s Scott Fortas
Scott Fortas (Bar No. 269980)
Fortas Law Group, LLC
1936 N. Druid Hills Rd., Suite 100B
Atlanta GA 30319
Telephone:  (404) 315-9936
Facsimile:  (404) 636-5418
E-Mail:      sfortas@fortaslaw.com

**For Defendant, Selene Finance LP**

  /s with consent Amy Hanna
Amy L. Hanna
Baker, Donelson, Bearman, Caldwell &
Berkowitz, P.C.
Monarch Plaza
3414 Peachtree Road, N.E., Suite 1600
Atlanta, GA 30326
Telephone:  (404) 221-6507
Facsimile:  (404) 238-9653
E-mail:      ahanna@bakerdonelson.com

**For Defendant, Equifax Information Services, LLC.**

  /s with consent Ian Smith
Ian E. Smith
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
Telephone:  (404) 572-2565
Facsimile:  (404) 572-5100
E-mail:      iesmith@kslaw.com